Leatrice HAMILTON and Mildred P. Smith, Petitioners,

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 04–3439.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2004.

*ORDER*

Upon consideration of this court's October 13, 2004 order concerning whether this

appeal should be transferred, and the petitioners' response thereto,

IT IS ORDERED THAT:

This action is transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1631.